Chaim B. Book, Esq. (CB4652)
Moskowitz & Book, LLP
345 Seventh Avenue, 21st Floor
New York, New York 10001
(212) 221-7999

Attorneys for Plaintiff



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHARLES WEISINGER,

          Plaintiff,

vs.

B & H FOTO & ELECTRONICS CORP., as the plan administrator of the B & H Foto Medical Plan and the B & H Foto 401(k) Retirement Plan,

          Defendant.

12 cv 08591 (JPO) (RLE)

**STIPULATION OF DISCONTINUANCE**

**IT IS HEREBY STIPULATED AND AGREED,** by and between Plaintiff Charles Weisnger and Defendant B & H FOTO & ELECTRONICS CORP., as the plan administrator of the B & H Foto Medical Plan and the B & H Foto 401(k) Retirement Plan, through their respective attorneys, that the action and claims by Plaintiff against Defendant shall be and hereby are dismissed with prejudice, and that each party shall bear its own costs and attorneys' fees.

Dated: January 8, 2013

| MOSKOWITZ & BOOK, LLP | B & H FOTO & ELECTRONICS CORP. |
|---|---|
| By: *[signature]* | By: *[signature]* |
| Chaim M. Book, Esq. | Avrohom L. Berman, Esq. |
| Moskowitz & Book, LLP | 420 Ninth Avenue |
| 345 Seventh Avenue | New York, NY 10001 |
| New York, NY 10001 | Phone: (212) 239-7500 |
| Phone: (212) 221-7999 | Fax: (212) 239-7744 |
| Fax: (212) 398-8835 | Email: abeb@bhphoto.com |
| Email: cbook@mb-llp.com | *Attorney for Defendant* |
| *Attorney for Plaintiff* | |

**SO ORDERED:**

*[signature]*
U.S.D.J.
1/14/13

- 2 -